722 A.2d 109

IN THE MATTER OF SHARON R. AUERBACHER, AN ATTORNEY AT LAW.

January 20, 1999.

## ORDER

The Disciplinary Review Board on October 28, 1998, having filed with the Court its decision concluding that **SHARON R. AUERBACHER** of **ENGLEWOOD**, who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.7 (conflict of interest) and *RPC* 5.5 (engaging in the unauthorized practice of law), and good cause appearing;

It is ORDERED that **SHARON R. AUERBACHER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.